Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT B



September 1, 2021

Eric Chaney
30 Maujer Street, Apt. 3F
Brooklyn, NY 11206

RE – Termination of Employment

Dear Mr. Chaney,

This letter will serve as notice, that effective immediately September 1st, 2021, your position as concierge/doorman at 350 West 53rd is terminated. As you know, you have previously received a suspension for your actions and a last warning stipulation agreement was agreed to and signed upon your return to work at The Lumiere Condominium.

On 8/30/21, you were no call, no show to work. You were clearly not performing your duties as outlined by your employer. Neither the Resident Manager or Management received any communication from you indicating that you would not be coming into work that day or coming late and was when the Resident Manager got you on the phone you stated that you just woke up. You then only came in one hour after the beginning of your shift. This is a clear violation of the Final Warning you signed.

All keys are to be returned to the Resident Manager, and your interaction with building personnel as well as unit owner/residents, is to cease.

Regards,

Isaac Pompey
Akam Associates, Inc
Management Executive