Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT C

# Member Complaint Summary

| Member Name: | Jon Chaney | Date Filed: | Friday, September 3, 2021 | | |
|---|---|---|---|---|---|
| Address: | 30 MAUJER ST APT 3F BROOKLYN, NY 11206-7651 | Intake Rep: | Danilo Franco | Intake: | |
| Phone: | | Grievance Rep | Gene Szymanski | Phone: | 212-388-3898 |
| Mobile: | (917) 318-4580 | E-mail: | vandgchaney@icloud.com | | |
| Member ID: | 1437395 | Complaint Id: | 87299-21 | | |

**Account:** AKAM ASSOCIATES, INC. - 350 West 53rd Street - Master RAB Apartment Building Agreement

**Occupation** Doorperson      **Years In Industry:** 9.0
**Years At Location** 9.0      **Years With Employer** 9.0

**Language Spoken** English    **Translation Needed?** No

**Claims:**

| Claim Number | Claim Type | Issue |
|---|---|---|
| 1. | Termination | Member states that he was unjustly discharged effective 09/01/2021 |
| 2. | Vacation Accrued After Termination | Member claims he is owed accrued vacation pay. |

**I understand that I am required to inform the 32BJ Grievance Center in writing of a change in my address or telephone, cell numbers, or e-mail. I realize that a failure to do this may result in my claim being dismissed, heard or settled without me being present.**

Jon Chaney                                                9/3/2021



