Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT D



SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.6299
Virginia 202.387.3211

**Connecticut District**
Hartford 860.560.8674
Stamford 203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

# GRIEVANCE INITIATION LETTER

9/15/2021

Barbara Barolli
Realty Advisory Board on Labor Relations
1 Penn Plaza, 21st Floor
New York, NY 10119

**Work Location:** 350 West 53rd Street
**Member:** Jon Chaney
**Case#** 87299-21

To Whom It May Concern:

SEIU Local 32BJ and the Employer at the above-referenced work location are signatory to a collective bargaining agreement which provides that in the event of disputes, the matter shall be referred to the Joint Industry Grievance Committee ("JIGC"). Local 32BJ submits the following dispute(s) to the JIGC, which the Employer has refused to adjust:

| Claim | Issue |
|---|---|
| Termination | Member states that he was unjustly discharged effective 09/01/2021 |
| Vacation Accrued After Termination | Member claims he is owed accrued vacation pay. |
| Race | Member claims that they are being discriminated against on the basis of their race. |

The Employer in this matter is:

LUMIERE CONDOMINIUM c/o
AKAM ASSOCIATES, INC.
260 MADISON AVE FL 12
NEW YORK, NY 10016

Please schedule this matter for a JIGC hearing as soon as practicable. Thank you for your anticipated cooperation.



**SERVICE EMPLOYEES INTERNATIONAL UNION**
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.6299
Virginia 202.387.3211

**Connecticut District**
Hartford 860.560.8674
Stamford 203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

Very Truly Yours,

Anna Skorupa

cc:
Jon Chaney
AKAM ASSOCIATES, INC.
Gene Szymanski, Grievance Representative, 32BJ SEIU