Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT E

**Lawrence Sean Schwartz, Ph.D.**
**NYS Licensed Psychologist**
353 Martling Avenue
Tarrytown, NY 10591
Phone (646) 450-5775
L.Sean.Schwartz@gmail.com

November 5, 2021

Mr. Gene Szymanski
Local 32BJ SEIU

Re: Jon Eric Chaney

Dear Mr. Szymanski:

I have been Mr. Chaney's psychotherapist since August 2014. This letter is written at the request of Mr. Chaney to help explain his medical crisis on Wednesday, August 25 and Thursday, August 26, 2021, which occurred right after a preceding medical crisis that had not been completely resolved.

On the afternoon of August 25, 2021 Mr. Chaney was in a medical crisis, physically and mentally unwell during our session, on the first of his two consecutive days off (Wednesday and Thursday). He was in what was to be diagnosed later that day as the beginnings on serotonin syndrome, an extremely dangerous condition brought on by taking too high a dose of his antidepressant medication, sertraline.

Complicating this situation, Mr. Chaney had run out of his other medication, the anti-anxiety medicine clonazepam, during the prior week (of August 16) after he lost his monthly refill on the subway on the way home from work. He had great difficulty getting help from his primary care physician to replace the prescription, and he used up his last supply during the prior week. He was off this medication for a week due to the physician's refusal to authorize a refill and after being advised repeatedly and incorrectly that the replacement prescription was sent over to the pharmacy by this physician's staff. Mr. Chaney was additionally stressed when he made a police report about the lost medication and the physician still refused to write a new prescription. Mr. Chaney did eventually receive help from a psychiatrist and was able to obtain the anti-anxiety medicine.

The above events heightened his depression and Mr. Chaney then incorrectly thought he could increase his sertraline by 50%, from 200 mg to 300 mg. Unfortunately, 200 mg is the highest approved safe dosage, and Mr. Chaney gradually began to feel agitated and unwell physically and mentally, without connecting this to the increased sertraline. However, we were able to figure this out during his session on August 25 and Mr. Chaney went immediately to urgent care where he was evaluated by a physician and instructed to cut back his regular sertraline dose to a minimum the next day to begin to reduce how much was in his system without provoking a discontinuance reaction. The physician also advised him to take his anti-anxiety medicine at the maximum full daily dosage, which is the treatment for the beginning of serotonin syndrome. Mr. Chaney does not regularly take the maximum dose which in this particular case was prescribed to provide sedation and relieve the excessive muscle tension after the onset of serotonin syndrome symptoms.

Due to the combined effects of the maximum dose of anti-anxiety medicine and the extreme stress of these two consecutive medical crises, Mr. Chaney has informed me that he did not wake to the sound of his alarm clock on Sunday, August 29. He states that he ran to work in his pajamas and slippers to make it as close to on time as possible, through the subways as well. Mr. Chaney has informed me that he worked the next two days (August 30 and 31) with no complaints from his supervisor or any residents, yet on Wednesday morning (September 1) he was verbally terminated, despite the fact that he informed the Superintendent of everything included in this letter.

Sincerely,

*[signature]*

L. Sean Schwartz, Ph.D.