Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT F

# Security Incident Report

Privileged and Confidential                                    Page 1 of 2

| A | B | C |
|---|---|---|
| Code | Incident Classification: HATE MEMBER | Incident Number: A21052 |

**Subject's Name and Address:**
Jon Chaney
30 Maujer ST.
Apt 3F
Brooklyn, NY

Check one:
- Visitor ___
- Vendor ___
- Employee ___
- Member X

Log Book Page Number: 174

Home telephone Number ( )
Work telephone Number ( )

**Witness Name and Address:**
1. _____
2. _____

**Type of incident:** (Check One)
- A) Security Incident X
- B) Non-Security Incident ___
- C) Fire Safety Incident ___
- D) Access/Alarm Incident ___
- E) Maintenance Incident ___

**Location of occurrence:** 25 W 18th Street Lobby

| | Date | Time |
|---|---|---|
| Date/Time Incident Began: | 11/10/2021 | 14:17 |
| Date/Time Incident Ended: | 11/10/2021 | 15:00 |
| Date/Time of this Report: | 11/10/2021 | 17:30 |

**Reported to Security by:**
- Visitor ___
- Employee ___
- Vendor ___
- Member ___

Was NYPD notified? No   Time: ___   TOA: ___   TOD: ___
Was NYFD notified? No   Time: ___   TOA: ___   TOD: ___
Was EMS notified? ___   Time: ___   TOA: ___   TOD: ___

**Details:**
At the above reported day and time The subject became irate and disruptive w/ a member service staff in the 25W Lobby. I approach Mr. Chaney and asked him to refrain from misbehaving and raising his voice to the staff.

CC: _____

Signature of Security Officer: [signature]
Signature of Supervisor: [signature]

Incident Number: A2105D

Details:
Supv Lall was notified via Landline. Member was granted access to see a Union rep on 5th floor. Member was monitored going to the 4th floor legal area which he was originally denied. Supv Lall, S/O Smalls + S/O Franklin monitored Mr. Chaney on the 5th flr auditorium where he was helped by Staff member Gene Szymanski. Member was assisted and left on ~~their~~ his own. Security officer Smalls reported 5th floor area was secure. Nothing further to report.

Signature of Security Officer: [signature]   Signature of Supervisor: [signature]

# Security Incident Report

Privileged and Confidential                                         Page _1_ of _2_

| A | B | C |
|---|---|---|
| Code | Incident Classification<br>DNA INCIDENT | Incident Number<br>A4066 |

Subject's Name and Address:

Ebn Chaney
50 Maujer Street #3F
Brooklyn NY 11206.

Check one:
Visitor ___
Vendor ___
Employee ___
Member ✓

Log Book Page Number: 273

Home telephone Number ( )
Work telephone Number ( )

Witness Name and Address:
1. S/O Rodriguez
   S/O Lim Berbatch
2. S/O Franklin
   Supv Lall

Type of incident: A) Security Incident ✓   C) Fire Safety Incident ___   E) Maintenance Incident ___
(Check One)     B) Non-Security Incident ___   D) Access/Alarm Incident ___

Location of occurrence: 5th Floor

Date/Time Incident Began.   Date: 12/10-21    Time: 1400
Date/Time Incident Ended:   Date: 12-10-21    Time: 1400
Date/Time of this Report:   Date: 12-10-21    Time: 1430

Reported to Security by:
Visitor ___        Was NYPD notified? ___  Time: ___  TOA: ___  TOD: ___
Employee ✓         Was NYFD notified? ___  Time: ___  TOA: ___  TOD: ___
Vendor ___         Was EMS notified? ___   Time: ___  TOA: ___  TOD: ___
Member ___

Details: At T.P.D Member (Ebn Chaney) who was put In Do Not Admit list Arrived. Was Checked In At The Lobby By Member Services. He Proceeded To Go To The 5th Floor Were S/O Rodriguez Recognized Him

CC: _____

Signature of Security Officer: E Roy          Signature of Supervisor: [signature]

Incident Number: **A21066**   Page 2 of 2

Details:

She Informed Supv Lall, S/O Cumberbatch, And S/O Franklin. Who Confirmed That He is not Allow In The Building. S/O Franklin Informed Him That He needed To exit The Building Because He is not Allow In The Building. Supv Lall Escorted Him Out Of The Building. Supervisor Lall Spoke with Member Services Supervisor Who Stated Mr. Chaney Will Be Put In Their System As a Red Flag Do Not Allow In The Building. Will Have To Check With Security first.

Signature of Security Officer          Signature of Supervisor