Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT G



**32BJ SEIU**
*Stronger Together*

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington  202.387.3211
Baltimore   410.244.6299
Virginia    202.387.3211

**Connecticut District**
Hartford   860.560.8674
Stamford   203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

January 28, 2022

Jon Chaney
30 MAUJER ST APT 3F
BROOKLYN, NY 11206-7651

**Complaint Id:** 87299-21
**Work Location:** 350 West 53rd Street
**Employer:** AKAM ASSOCIATES, INC.

Dear Brother/Sister:

We have carefully reviewed the facts and circumstances surrounding your grievance and have determined that it lacks sufficient merit for the Union to be likely to prevail in arbitration. For that reason, it is not in the interest of the Union and its membership to carry this case forward to arbitration.

If you wish to appeal this decision not to arbitrate your complaint to the Union's Grievance Appeal Board, you must send the Union a written appeal explaining why you believe your complaint has merit within (21) days of the date of this letter. Please address your appeal to:

**Attention: Anna Skorupa**
**The Grievance Appeal Board**
**SEIU Local 32BJ, 5th Floor**
**25 West 18th Street**
**New York, N.Y. 10011-4676**

If you send in a timely appeal, you will have an opportunity to explain to the Grievance Appeal Board, at a hearing on a date to be scheduled later, why you believe your complaint should be arbitrated. If you do not appeal, your complaint will be closed.

Very truly yours,

*[signature]*

Anna Skorupa

cc:     Shriley Aldebol, Vice President



**SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC**

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.6299
Virginia 202.387.3211

**Connecticut District**
Hartford 860.560.8674
Stamford 203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

March 9, 2022

Jon Chaney
30 MAUJER ST APT 3F
BROOKLYN, NY 11206-7651
vandgchaney@icloud.com

**Complaint Id:** 87299-21
**Member:** Jon Chaney
**Work Location:** 350 West 53rd Street

Dear Jon Chaney:

A GAB hearing has been scheduled regarding your complaint at the following location:

**Your hearing will take place via phone or video conference. Your Grievance Representative will contact you with the call-in information before the scheduled meeting.**

The date and time of the hearing is:

**Wednesday, March 23, 2022 1:00 PM**

It is important that you attend this hearing and send with you any documentation or information that will assist you and the Union in the review of this grievance to Anna Skorupa via email at Anna.Skorupa@seiu32bj.org by no later than two days before your scheduled hearing.

Very truly yours,

Anna Skorupa

cc:   Grievance Rep: Gene Szymanski

**32BJ SEIU Headquarters**    25 West 18th Street | New York, NY 10011-1991 | 212.388.3800



**32BJ SEIU**
**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.6299
Virginia 202.387.3211

**Connecticut District**
Hartford 860.560.8674
Stamford 203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

4/6/2022

Jon Chaney
30 MAUJER ST APT 3F
BROOKLYN, NY 11206-7651

Dear Brother/Sister:

The Local 32BJ Joint Executive Board adopted the recommendation of the Grievance Appeal Board regarding your appeal.

Your appeal has been denied based on the determination that the complaint lacks sufficient merit for the Union to be likely to prevail in arbitration.

In Solidarity,

Shirley Aldebol
Vice President

cc: Anna Skorupa, Assistant to the Director
Gene Szymanski, Grievance Representative

**32BJ SEIU Headquarters**    25 West 18th Street | New York, NY 10011-1991 | 212.388.3800