Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT  H



**32BJ**
**SEIU**
**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington  202.387.3211
Baltimore    410.244.6299
Virginia       202.387.3211

**Connecticut District**
Hartford    860.560.8674
Stamford   203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of**
**Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

4/11/2022

Isaac Pomper
AKAM ASSOCIATES, INC.
260 MADISON AVE FL 12
NEW YORK, NY  10016

**Work Location:**   **350 West 53rd Street**
**Member:**          **Jon Chaney**
**Case:**            **87299-21**

To Whom It May Concern:

We are writing to express our concern about a complaint filed by Jon Chaney employed at above-referenced building location as a Doorperson. This member claims that their supervisor Jason Figueroa and Jose Diaz has been harassing them during the performance of their job duties. We are asking that Jason Figueroa and Jose Diaz be instructed to immediately cease and desist from any further harassing behavior or be cited for harassment.

If this harassment continues, SEIU Local 32BJ will be forced to take further action regarding this matter. We would prefer to see this matter resolved amicably so that both our members and your employees work in a productive and professional environment.

Very truly yours,

*Gene Szymanski*

Gene Szymanski

cc:
Jon Chaney



**32BJ**

**SEIU**

**Stronger Together**

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

**KYLE BRAGG**
President

**MANNY PASTREICH**
Secretary Treasurer

**LENORE FRIEDLAENDER**
Assistant to the President

**VICE PRESIDENTS**
SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
DEAN DEVITA
ROB HILL
DENIS JOHNSTON
GABE MORGAN
ROCHELLE PALACHE
ROXANA RIVERA
JOHN SANTOS
CANDIS TOLLIVER

**Capital Area District**
Washington   202.387.3211
Baltimore      410.244.6299
Virginia         202.387.3211

**Connecticut District**
Hartford        860.560.8674
Stamford       203.674.9965

**District 1201**
215.923.5488

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**Mid-Atlantic District**
215.226.3600

**National Conference of
Firemen and Oilers**
606.324.3445

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

April 11, 2022

Jon Chaney
30 MAUJER ST APT 3F
BROOKLYN, NY 11206-7651

Re:  **350 West 53rd Street**

Dear Jon Chaney:

As you know, you filed a complaint with the Union alleging that AKAM ASSOCIATES, INC. ("Employer") have discriminated against you based on Race. Based on our investigation, we do not believe there is sufficient evidence to support a meritorious claim of discrimination. The Union, therefore, will not be arbitrating this claim.

Although the Union will not pursue the discrimination claim, you have the right to pursue the claim on your own. If you choose to do so, you need to begin by invoking the mediation process administered by the Office of the Contract Arbitrator (OCA). In mediation, a mediator will review each party's claims and evidence and will work with the parties to achieve a resolution of the claims. To trigger the mediation, please be advised that you must notify Ms. Grace Hewitt at the Office of the Contract Arbitrator, 370 7th Ave, New York, NY 10001. Ms. Hewitt may be reached at (212) 645-0779.

Very truly yours,

Melissa Chan
Associate General Counsel

cc:   Barbara Barolli, Realty Advisory Board on Labor Relations, Inc.