Attorney Declaration of Lyle D. Rowen

Case No. 23-cv-3652 (VSB)(SLC)

# EXHIBIT J

0009744
RMA

DATED: 8/30/18

## 2018 APARTMENT BUILDING AGREEMENT

REALTY ADVISORY BOARD
ON LABOR RELATIONS, INC.
292 MADISON AVENUE
NEW YORK, N.Y. 10017

RE:   350 West 53rd Street

SIR/MADAM:

WE HEREBY ASSENT AS OF APRIL 21, 2018, TO THE TERMS OF THE MASTER AGREEMENT BETWEEN THE REALTY ADVISORY BOARD ON LABOR RELATIONS, INCORPORATED, AND LOCAL 32BJ, SERVICE EMPLOYEES INTERNATIONAL UNION, AS AMENDED BY THE STIPULATION OF THE PARTIES DATED APRIL 21, 2018, GENERALLY KNOWN AS THE 2018 APARTMENT BUILDING AGREEMENT, AND AUTHORIZE YOU TO FILE THIS ASSENT ON OUR BEHALF WITH SAID UNION. WE ALSO AGREE TO COMPLY WITH THE OBLIGATIONS OF MEMBERSHIP IN THE R.A.B. FOR THE PERIOD COVERED BY THIS ASSENT.

IF YOUR SUPERINTENDENT IS COVERED BY THE RESIDENT MANAGERS AND SUPERINTENDENTS AGREEMENT EFFECTIVE JUNE 21, 2018, PLEASE INITIAL HERE (NO OTHER ASSENT IS REQUIRED): __[initials]__.

### WAGE OF THE SUPERINTENDENT

EFFECTIVE   JUNE 21, 2018     1,709.40 PER WEEK

OWNERS NAME:  Lumiere Condominium

EMPLOYER (IF OTHER THAN OWNER):  AGENTS FOR LISTED EMPLOYER

NAME:          Akam Associates
ADDRESS:       260 Madison Ave
ADDRESS:       12th Floor
ADDRESS:
CITY, ST ZIP:  New York, NY 10016

Capacity: Employer/Owner___ Agent for Owner ✓  Employer___

SIGNATURE:  R. De Phillis

ASSENT MUST BE FULLY COMPLETED