**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JON ERIC CHANEY,

                        Plaintiff,

            -against-                                    23 **CIVIL** 3652 (VSB)

                                                                 <u>**JUDGMENT**</u>

LOCAL 32BJ SEIU and GENE SZYMANSKI,

                        Defendants.
-----------------------------------------------------------------X

             It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated July 15, 2025, Defendant's motion to dismiss is

GRANTED in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

       July 15, 2025

                                          **TAMMI M. HELLWIG**
                                      _____
                                          **Clerk of Court**

                      **BY:**            K. Mango

                                        _____
                                          **Deputy Clerk**